UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO ORTIZ,

        Plaintiff,

    v.

HOMELAND SECURITY,

        Defendant.

Case No.  C05-0948L

ORDER RENOTING ORDER
TO SHOW CAUSE

       This matter comes before the Court *sua sponte*.  On January 20, 2006, the Court issued an order to show cause (Dkt. #8) why this case should not be dismissed for plaintiff's failure to serve defendant within the time limits set forth in Fed. R. Civ. P. 4(m).  Plaintiff filed his response on January 30, 2006, explaining that he was not aware of the time limit, and stating that he will conduct service.

       Accordingly, the Court grants plaintiff an extension of time to serve defendant. Plaintiff must serve defendant and file proof of service with this Court no later than March 6, 2006.  Plaintiff is reminded that the requirements for service are set forth in Rule 4 of the Federal Rules of Civil Procedure.

       The Clerk of the Court is directed to renote the Order to Show Cause (Dkt. #8) for

1  March 6, 2006.

2

3      DATED this 1st day of February, 2006.

4

5                              *MM S Lasnik*

6                              Robert S. Lasnik
                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER RENOTING ORDER
    TO SHOW CAUSE - 2