UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO ORTIZ,

        Plaintiff,

        v.

HOMELAND SECURITY,

        Defendant.

Case No. C05-0948L

ORDER VACATING ORDER
TO SHOW CAUSE AND
DIRECTING SERVICE

        This matter comes before the Court *sua sponte*. Plaintiff has filed a complaint alleging that the defendant has failed to process his request for replacement of his naturalization documents and has shown bias towards him. On January 20, 2006, the Court issued an order to show cause (Dkt. #8) why this case should not be dismissed for plaintiff's failure to serve defendant within the time limits set forth in Fed. R. Civ. P. 4(m). Plaintiff attempted service on February 27, 2006, but did not serve all the required parties. Accordingly, the Court VACATES the Order to Show Cause (Dkt. #8).

        The Court further ORDERS as follows:

        (1) The Clerk shall arrange for service upon the United States Attorney General in Washington, D.C., and upon the civil process clerk of the United States Attorney for the

SERVICE ORDER - 1

Western District of Washington, with copies of the complaint, all documents in support thereof, and of this Order, by registered or certified mail, return receipt requested.

(2) Within sixty (60) days after service, defendant shall answer the complaint.

DATED this 8th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SERVICE ORDER - 2