UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO ORTIZ,

    Plaintiff,

  v.

HOMELAND SECURITY,

    Defendant.

Case No. C05-0948L

ORDER RENOTING
MOTION FOR RELEASE

      This matter comes before the Court *sua sponte*. Plaintiff has filed a "Motion for Release from Homeland Security and Compensation for Violation of Civil and Human Rights" (Dkt. #19) (the "Motion for Release") which the Court has construed as a dispositive motion. The motion is noted for consideration on June 30, 2006. However, on June 12, 2006, the Court granted defendant's motion for a more definite statement and ordered plaintiff to file, within thirty days, an amended complaint that complies with the pleading requirements of Rule 8(e)(1). In support of its motion for a more definite statement, defendant stated that plaintiff's complaint contained insufficient factual information to allow defendant to answer. Defendant should not be required to respond to plaintiff's dispositive motion before plaintiff files a complaint that complies with the Federal Rules of Civil Procedure. Accordingly, the Clerk of the Court is directed to

ORDER RENOTING MOTION - 1

1  RENOTE plaintiff's Motion for Release for consideration on August 4, 2006.

3      DATED this 14th day of June, 2006.

                                          */s/ Robert S. Lasnik*
                                          Robert S. Lasnik
                                          United States District Judge

26  ORDER RENOTING MOTION - 2