UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO ORTIZ,

    Plaintiff,

    v.

HOMELAND SECURITY,

    Defendant.

Case No. C05-0948RSL

ORDER OF DISMISSAL

    This matter comes before the Court *sua sponte*. On June 12, 2006, the Court granted defendant's motion for a more definite statement and ordered plaintiff to file, within thirty days, an amended complaint which complies with the pleading requirements of Fed. R. Civ. P. 8(e)(1) and "which clearly states plaintiff's Alien Number and date of birth." (Dkt. #22). On June 23, 2006, plaintiff filed an untitled document with vague statements regarding, *inter alia*, democracy and education. If the document was intended to be an amended complaint, it did not comply with the pleading requirements of Fed. R. Civ. P. 8(e)(1) or include plaintiff's Alien Number or date of birth.

ORDER OF DISMISSAL - 1

Accordingly, plaintiff's complaint is DISMISSED without prejudice.

DATED this 25th day of July, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2