1

2

3

4

5

6                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
7                                        AT SEATTLE

8    ROBERTO ORTIZ,

9              Plaintiff,

10         v.                                          Case No.  C05-0948RSL

11   HOMELAND SECURITY,                                ORDER VACATING ORDER
                                                       OF DISMISSAL
12             Defendant.

13

14

15         This matter comes before the Court on plaintiff's letter filed on August 8, 2006.

16         On June 12, 2006, the Court granted defendant's motion for a more definite

17   statement and ordered plaintiff to file, within thirty days, an amended complaint which

18   complied with the pleading requirements of Fed. R. Civ. P. 8(e)(1) and "which clearly

19   states plaintiff's Alien Number and date of birth."  (Dkt. #22).  The Court dismissed this

20   case on July 25, 2006 because plaintiff did not file an amended complaint.

21         In his letter, plaintiff states that his original complaint contained both his Alien

22   Number and his date of birth.  The Court ordered the complaint sealed because it

23   contained several social security numbers which should have been redacted pursuant to

24   the General Order of the Court regarding Public Access to Electronic Case Files (filed

25

26   ORDER VACATING ORDER
     OF DISMISSAL - 1

5/29/03).  Plaintiff then filed a redacted complaint, in which he removed not only the social security numbers but also his Alien Number and date of birth.  The redacted complaint was served on the defendant.

The filing of the amended complaint superceded the original complaint. Furthermore, plaintiff has not explained why he did not comply with the Court's order requiring him to file an amended complaint that included his Alien Number and date of birth.  Had he complied with that order, his complaint would not have been dismissed on July 25, 2006.  However, in light of the fact that plaintiff is proceeding *pro se*, the Court will allow him another opportunity to file an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8(e)(1) and states his Alien Number and date of birth.

Accordingly, the order of dismissal is VACATED, and the Clerk of the Court is directed to reopen this case.  Plaintiff must file an amended complaint within thirty days of the date of this order.  Otherwise, his complaint will be dismissed.

DATED this 17th day of August, 2006.

*MRf S Casnik*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
OF DISMISSAL - 2