UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO ORTIZ,

    Plaintiff,

    v.

HOMELAND SECURITY,

    Defendant.

Case No. C05-0948RSL

ORDER VACATING ORDER
TO SHOW CAUSE; RENOTING
MOTION

On June 12, 2006, the Court granted defendant's motion for a more definite statement and ordered plaintiff to file, within thirty days, an amended complaint which complied with the pleading requirements of Fed. R. Civ. P. 8(e)(1) and "which clearly states plaintiff's Alien Number and date of birth." (Dkt. #22). The Court dismissed this case on July 25, 2006 because plaintiff did not file an amended complaint. After receiving a letter with additional information from plaintiff, the Court vacated the order of dismissal on August 17, 2006 and again ordered plaintiff to file an amended complaint.

Plaintiff filed an amended complaint on August 24, 2006. It includes his Alien Number, date of birth, and a statement of his claims. Accordingly, the order to show cause is VACATED. Plaintiff's amended complaint (Dkt. #28) is the operative complaint

ORDER VACATING ORDER
TO SHOW CAUSE - 1

1  in this case.

2  Before plaintiff's case was dismissed, he filed a "Motion for Release from
3  Homeland Security and Compensation for Violation of Civil and Human Rights" (Dkt.
4  #19) (the "Motion for Release") which the Court construed as a dispositive motion.  Now
5  that the case has been reopened, the Clerk of the Court is directed to RENOTE plaintiff's
6  Motion for Release for consideration on September 22, 2006.

8  DATED this 28th day of August, 2006.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE - 2