UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTO ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HOMELAND SECURITY,<br><br>    Defendant. | Case No. C05-0948RSL<br><br>ORDER DENYING MOTION<br>FOR COMPENSATION |

This matter comes before the Court on plaintiff's "Letter of Release," which the Court's staff has docketed as a Motion for Compensation. (Dkt. #30). In the letter, plaintiff "request[s] that the Court look at the situation of the matter of the compensation which was requested by the plaintiff" and requests a certain distribution of the damages he hopes to obtain from this lawsuit. This case is in its early stages and there has not been any finding of liability or adjudication on the merits. Accordingly, any motion for the "release" or distribution of damages is premature.[1] Plaintiff's Motion for Compensation

---

[1] If plaintiff wishes to amend the amount or type of damages sought or his claims for relief, he may seek to amend his complaint.

ORDER DENYING MOTION - 1

1  is DENIED.

2

3      DATED this 13th day of September, 2006.

4

5

6                                    /s/ Robert S. Lasnik
                                     Robert S. Lasnik
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER DENYING MOTION - 2