UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTO ORTIZ,<br><br>          Plaintiff,<br><br>     v.<br><br>HOMELAND SECURITY,<br><br>          Defendant. | Case No.  C05-0948RSL<br><br>ORDER DENYING<br>MOTION FOR RELEASE |

This matter comes before the Court on plaintiff's motion for release (Dkt. #19). It is unclear what relief plaintiff is seeking. Plaintiff, who is proceeding *pro se*, states in the first paragraph of his motion that he seeks "release of the plaintiff jurisdiction from the state of Washington as a residence's [sic]." Motion at p. 1. However, plaintiff also states that he has moved to Montana, so that request for relief appears moot.

Plaintiff also seeks "release from Homeland Security" and compensation for civil and human rights violations. He claims that he is unable to travel and continue his education in Canada. Other than general averments of discrimination, however, plaintiff's motion does not contain any allegations about what the government has done to prevent or restrict his travel. Accordingly, his motion is DENIED.

ORDER DENYING
MOTION FOR RELEASE - 1

1    In response to the motion, the government reviewed its files and determined that
2 plaintiff filed a form N-565, Application for Replacement Naturalization Citizenship
3 Document, in Seattle in February 2004, although the documentation may have been
4 incomplete. The government's declaration sets forth the documentation plaintiff must
5 supply to obtain the replacement certificate. See Declaration of Julia Harrison, (Dkt.
6 #33). The Court appreciates the government's efforts to assist plaintiff in obtaining the
7 relief he seeks. Hopefully, plaintiff will submit the suggested paperwork, obtain the relief
8 he seeks, and obviate the need for this lawsuit.

10   DATED this 3rd day of October, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING
MOTION FOR RELEASE - 2