UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO ORTIZ,

    Plaintiff,

  v.

HOMELAND SECURITY,

    Defendant.

Case No. C05-0948RSL

ORDER DENYING MOTION
FOR RECONSIDERATION

This matter comes before the Court on plaintiff's "Response" to the Court's Order denying his "Motion for Release." The Court construes the response as a motion for reconsideration. Plaintiff has not demonstrated that the Court's prior order contained manifest error, nor has he shown new facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Accordingly, plaintiff's motion for reconsideration (Dkt. #37) is DENIED.

DATED this 20th day of October, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION