UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
ROBERTO R. ORTIZ,                         )
                                          )   Case No. C05-948RSL
            Plaintiff,                    )
    v.                                    )
                                          )   ORDER TO SHOW CAUSE
HOMELAND SECURITY,                        )
                                          )
            Defendants.                   )
_____ )

On September 26, 2006, the Court issued an order requiring the parties to file a Joint Status Report by November 7, 2006.  No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission.  The parties shall, no later than Friday, January 26, 2007, file their Joint Status Report and show cause to the Court why sanctions should not be imposed for their failure to comply with the Order of September 26, 2006.  The Clerk is directed to place this Order to Show Cause on the Court's calendar for January 26, 2007.

DATED this 5th day of January, 2007.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE