UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ROBERTO R. ORTIZ,

                Plaintiff,

     v.

HOMELAND SECURITY,

                Defendant.
_____

Case No. C05-948RSL

ORDER TO SHOW CAUSE

On September 26, 2006, the Court issued an order requiring the parties to file a Joint Status Report by November 7, 2006, docket #35.  On January 5, 2007, the Court issued an Order to Show Cause, docket #40, to the parties why sanctions should not be imposed for failure to comply with the Order of September 26, 2006.  On January 24, 2007, the defendant filed a "Declaration of Robert P. Brouillard in Response to Order to Show Cause", docket #42, indicating that plaintiff had not, contrary to the Court's Order, made any attempt to contact defendant or negotiate a joint report.  To date plaintiff has not responded to the Court's Order to Show Cause nor has plaintiff sought or obtained an extension of time in which to make the required submission per the order requiring the parties to file a Joint Status Report.  Plaintiff is therefore ORDERED to show cause no later than Thursday, February 15, 2007, why this case should not be dismissed for failure to comply with the Court's Orders of September 26, 2006

ORDER TO SHOW CAUSE

1 and January 5, 2007. The Clerk is directed to place this Order to Show Cause on the Court's
2 calendar for February 16, 2007.

DATED this 30th day of January, 2007.

>  /s/ Robert S. Lasnik
> Robert S. Lasnik
> United States District Judge