UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO ORTIZ,

    Plaintiff,

    v.

HOMELAND SECURITY,

    Defendant.

Case No. C05-0948RSL

ORDER OF DISMISSAL

    This matter comes before the Court *sua sponte*. On September 26, 2006, the Court issued an order requiring the parties to file a Joint Status Report by November 7, 2006. On January 5, 2007, the Court issued an Order to Show Cause to the parties why sanctions should not be imposed for failure to comply with the September 26, 2006 order. Defendant subsequently filed a response stating that plaintiff had not made any attempts to contact defendant or negotiate a joint report. The Court issued a second Order to Show Cause on January 30, 2007 that stated that plaintiff was ordered to show cause, no later than February 15, 2007, why this case should not be dismissed for failure to comply with the Court's orders of September 26, 2006 and January 5, 2007.

    To date, plaintiff has not filed a joint status report, requested an extension, or explained his failure to do so. Nor has he responded to either of the Court's orders to

ORDER OF DISMISSAL - 1

1 show cause.

2     Accordingly, plaintiff's complaint is DISMISSED.

3

4     DATED this 26th day of February, 2007.

5

6

7                             /s/ Robert S. Lasnik
                                Robert S. Lasnik

8                                 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 ORDER OF DISMISSAL - 2